PENNY T. WYN, Respondent, v. STATE OF NEW YORK, Appellant, et al., Defendant. (Claim No. 52234.)

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.